IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GALAWEZH SHOWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 1:16-cv-00468-ODE |
| ) | |
| PATRICK PRESSDEE ) | |
| and KRISPY KREME DOUGHNUT ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## SECOND NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY PURSUANT TO F.R.C.P. 803(6) AND F.R.C.P. 902(11)

COME NOW Defendants Krispy Kreme Doughnut Corporation and gives the second notice pursuant to F.R.C.P. 902(11) at the trial of this case:

Pursuant to F.R.C.P. 803(6) and F.R.C.P. 902(11), Defendants give plaintiffs' counsel Jay Sadd and Edward Wynn notice that Defendants intend to rely upon certain medical, employment, and business records that are certified domestic records of a regularly conducted activity.  These records and certification will be made available for inspection on an agreed-upon date. Defendant intends to introduce the following medical/employment/business records at trial:

(1) made at or near the time of the acts, events, conditions, opinions or diagnoses;

(2) made by, or from information transmitted by, a person with personal knowledge and a business duty to report;

(3) kept in the course of a regularly conducted business activity; and

(4) it was the regular practice of that business activity to make the memorandum, report, record, or data compilation, all as shown by the testimony of the custodian or other qualified witness or by certification that complies with paragraph (11) or (12) of F.R.C.P. 902 or by any other statute permitting certification.

In addition to the documents listed on Defendant's First Notice of Intent To Introduce Records of Regularly Conducted Activity, the documents and images received from the following facilities will also be relied upon for use at trial and were included in Defendant's document designation in the pretrial order:

1. Perimeter Surgery Center;
2. Physiotherapy Associates;
3. Gwinnett Clinic;
4. Cell phone records from T-Mobile.

Respectfully submitted this 3rd day of November, 2017.

RUTHERFORD & CHRISTIE, LLP


/s/ Carrie L. Christie
Carrie L. Christie
Georgia State Bar No. 125248
Emily Y. Wang
Georgia State Bar No. 873807
225 Peachtree Street NE
South Tower, Suite 1750
Atlanta, Georgia 30303
404-522-6888 (Office)
404-522-0108 (Facsimile)
clc@rclawllp.com
eyw@rclawllp.com

## CERTIFICATE OF FONT AND POINT SELECTION

This is to certify that the foregoing was prepared in Times New Roman fount in 14-point type in compliance with Local Rule 5.1(B) and 7.1 (D).

This 3rd day of November, 2017.

              RUTHERFORD & CHRISTIE, LLP

              /s/ Carrie L. Christie
              Carrie L. Christie, Esq.
              Georgia State Bar No. 125248
              Emily Y. Wang, Esq.
              Georgia State Bar No. 873807
              *Attorneys for Defendant Krispy*
              *Kreme Doughnut Corporation and*
              *Patrick Pressdee*

225 Peachtree Street NE
South Tower, Suite 1750
Atlanta, Georgia  30303
(404) 522-6888

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record at their email addresses:

**James N. Sadd, Esq.**
**Edward M. Wynn, Esq.**        Edward@lawyersatlanta.com
**Talal "Perez" Ghosheh, Esq.**  talal@ghoshehlaw.com

This 3rd day of November, 2017.

                           RUTHERFORD & CHRISTIE, LLP

                           /s/ Carrie L. Christie
                           Carrie L. Christie, Esq.
                           Georgia State Bar No. 125248
                           Emily Y. Wang, Esq.
                           Georgia State Bar No. 873807
                           *Attorneys for Defendant Krispy Kreme Doughnut Corporation and Patrick Pressdee*

225 Peachtree Street NE
South Tower, Suite 1750
Atlanta, Georgia  30303
(404) 522-6888