IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| GALAWEZH SHOWAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:16-cv-00468-ODE |
| | ) | |
| PATRICK PRESSDEE | ) | |
| and KRISPY KREME DOUGHNUT | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Galawezh Showan, by and through her attorney of record, and Defendants Krispy Kreme Doughnut Corporation and Patrick Pressdee and file this Stipulated Dismissal as to any and all claims against Defendants in the above-styled action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree to dismiss this action with prejudice.

This 27th day of February 2020.

**SLAPPEY & SADD, LLC**

*/s/ Edward M. Wynn*
JAMES (JAY) SADD, ESQ.
Georgia State Bar No.: 622010
EDWARD M. WYNN, ESQ.
Georgia Bar No.: 557305

<div style="display: flex;">
<div>
352 Sandy Springs Circle
Atlanta, Georgia 30328
404-255-6677 (Office)
404-255-7340 (Facsimile)
jay@lawyersatlanta.com
edward@lawyersatlanta.com
</div>
<div>
Attorneys for Plaintiff
</div>
</div>

**RUTHERFORD & CHRISTIE, LLP**

*/s/ Carrie L. Christie*
CARRIE L. CHRISTIE, ESQ.
Georgia Bar No.: 125248
EMILY Y. WANG, ESQ.
Georgia Bar No.: 873807
Attorneys for Defendants

225 Peachtree Street N.E.
South Tower, Suite 1750
Atlanta, Georgia 30303
404-522-6888 (Office)
404-522-0108 (Facsimile)
clc@rclawllp.com
eyw@rclawllp.com

**THE GHOSHEH LAWFIRM, LLC**

*/s/ Talal (Perez) Ghosheh*
TALAL (PEREZ) GHOSHEH, ESQ.
Georgia Bar No. 150049
Attorney for Plaintiff

368 West Pike Street, Suite 207
Lawrenceville, GA 30046
678-359-4225 (Office)
404-996-1219 (Facsimile)
talal@ghoshehlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GALAWEZH SHOWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 1:16-cv-00468-ODE |
| ) | |
| PATRICK PRESSDEE ) | |
| and KRISPY KREME DOUGHNUT ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **Stipulation for Dismissal with Prejudice** electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties, and further certify that the forgoing was prepared in Times New Roman 14pt and otherwise complies with Local Rule 5.1.

Carrie L. Christie, Esq.
Emily Y. Wang, Esq.
RUTHERFORD & CHRISTIE, LLP
225 Peachtree Street
South Tower, Suite 1750
Atlanta, Georgia 30303
*Attorneys for Defendants*

Talal (Perez) Ghosheh, Esq.
368 West Pike Street, Suite 207
242 South Culver Street, Suite 200
Lawrenceville, Georgia 30046
*Attorney for Plaintiff*

This 27th day of February, 2020.

                                                 */s/ Edward M. Wynn*
                                                 EDWARD M. WYNN, ESQ.
                                                 Georgia Bar No. 557305
                                                 Attorney for Plaintiff